1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MIASOLE, a California Corporation, | CASE NO. CV 09 3984 CRB |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER |
| DALLAS W. MEYER, an individual, TENKSOLAR, INC., a Minnesota Corporation and DOES I through X, | |
| Defendants. | |

03996.51590/3213543.1

1  Pursuant to the parties' stipulation, and good cause appearing, the deadline for Miasolé to
2  serve Defendants is extended to March 1, 2010.  IT IS SO ORDERED.

3
4  Date November 23, 2009



Hon. Charles R. Breyer
United States District Court