1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2  claudestern@quinnemanuel.com
   Charlie Y. Chou (Bar No. 248369)
3  charliechou@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California 94065-2139
   Telephone:     (650) 801-5000
5  Facsimile:     (650) 801-5100

6  Attorneys for Miasolé

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | MIASOLE, a California Corporation,            | CASE NO. CV 09 3984 CRB
12 |         Plaintiff,                            |
13 |     vs.                                       | [~~Proposed~~] **ORDER ON STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
14 | DALLAS W. MEYER, an individual,               |
   | TENKSOLAR, INC., a Minnesota                  |
15 | Corporation and DOES I through X,             |
16 |                                               |
   |         Defendants.                           |
17

1   TO ALL PARTIES,

2   Pursuant to the parties' stipulation, and good cause appearing, the case management
3   conference in this matter is continued from December 4, 2009 to May 7, 2010, at 8:30 a.m.

4

5   Signed:  December 4, 2009



Hon. Charles R. Breyer

IT IS SO ORDERED

Judge Charles R. Breyer